# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BINGHAM, PHILLIP E § | Case No. 10-22881 |
| BINGHAM, SANDRA D § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/28/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/22/2010        By:  /s/ Michael G. Berland
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: BINGHAM, PHILLIP E § | Case No. 10-22881 |
| BINGHAM, SANDRA D § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,500.21 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,500.21 |
| **Balance on hand:** | $ 4,500.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,500.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,125.05 | 0.00 | 1,125.05 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,125.05 |
| Remaining balance: | $ 3,375.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,375.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 3,375.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,751.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 306.09 | 0.00 | 33.60 |
| 2 | TARGET NATIONAL BANK | 132.13 | 0.00 | 14.50 |
| 3 | American Infosource for World Fin' Network Bank/Victoria Sec | 88.80 | 0.00 | 9.75 |
| 4 | Chase Bank USA, N.A. | 3,392.16 | 0.00 | 372.31 |
| 5 | Chase Bank USA, N.A. | 12,827.80 | 0.00 | 1,407.93 |
| 6 | Chase Bank USA,N.A | 118.18 | 0.00 | 12.97 |
| 7 | Fia Card Services/Bank of America by American Infosoure Agen | 5,507.03 | 0.00 | 604.43 |
| 8 | Fia Card Services /Bank of Americaby American Infosource Age | 8,379.18 | 0.00 | 919.67 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 3,375.16 |
| | Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers                Page 1 of 2                   Date Rcvd: Dec 23, 2010
Case: 10-22881                 Form ID: pdf006               Total Noticed: 47
```

The following entities were noticed by first class mail on Dec 25, 2010.
```
db/jdb        +Phillip E Bingham,    Sandra D Bingham,    1675 Monarch Ave.,    New Lenox, IL 60451-2564
aty           +Kerrie S Neal,    Zalutsky & Pinski, Ltd.,    20 North Clark St,    Suite 600,
                Chicago, IL 60602-4184
tr            +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
15599336      +American General Finan,    17828 Halsted St,    Homewood, IL 60430-2012
15599337      +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3552
15599338      +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15599347     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court:  Chrysler Credit,     Po Box 8065,    Royal Oak, MI 48068)
15599340      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
15894193       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16051886      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15599344      +Chase Home Finance,    P.O. Box 47607,    Atlanta, GA 30362-0607
15599342       Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
15599343      +Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
15599345      +Chase Home Finance,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
15599346      +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
15599348      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15599349      +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
15599350      +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
15599351      +Citizens Bank,    480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
15599352      +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
15599357      +Hemlock Fed Bk For Svg,    5700 West 159th Street,    Oak Forest, IL 60452-3106
15599358      +Hsbc/rhode,    Pob 15521,    Wilmington, DE 19850-5521
15599359      +Illiana Fin,    1600 Huntington Br,    Calumet City, IL 60409-5404
15599362      +Marquette National Ban,    6316 South Western Avenue,    Chicago, IL 60636-2491
15599365      +Sears/cbsd,    8725 W Sahara Ave,    The Lakes, NV 89163-0001
15599367      +State Farm Bank,    P.O. Box 23025,    Columbus, GA 31902-3025
15599366       State Farm Bank,    P.O. Box 3299,    Milwaukee, WI 53201-3299
15599368      +State Farm Fncl Svcs F,    Attn: Loan Servicing,    Po Box 31557,    Billings, MT 59107-1557
15868782      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
15599369      +Target,    Po Box 9475,    Minneapolis, MN 55440-9475
15599370      +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
15599371      +Victoria’s Secret,    Po Box 182124,    Columbus, OH 43218-2124
15599372      +Wffinancial,    800 Walnut St,    Des Moines, IA 50309-3504
15599373      +Wfnnb/new York & Compa,    220 W Schrock Rd,    Westerville, OH 43081-2873
15599374      +Will County Clerk,    302 N. Chicago Street,    Joliet, IL 60432-4078
15599375       Will County Treasurer,    302 N. Chicago Street,    Joliet, IL 60432-4059
```

The following entities were noticed by electronic transmission on Dec 23, 2010.
```
15870033       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2010 00:00:36
                American Infosource Lp As Agent for,    World Financial Network National Bank As,
                Victoria’s Secret,    PO Box 248872,    Oklahoma City, OK  73124-8872
15599339      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2010 00:00:36      Capital One, N.a.,
                C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16257537       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2010 00:00:36
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
15599353      +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2010 23:40:58      Gemb/jcp,    Attention: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
15599354      +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2010 23:40:58      Gemb/lowes Dc,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
15599355      +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2010 23:40:58      Gemb/walmart,    Po Box 981400,
                El Paso, TX 79998-1400
15599356      +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2010 23:40:58      Gemb/walmart Dc,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
15599360      +E-mail/PDF: cr-bankruptcy@kohls.com Dec 23 2010 23:51:12      Kohls/chase,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15599361      +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2010 23:40:58      Lowes / MBGA,
                Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
15599363       E-mail/Text: bankrup@nicor.com                             Nicor Gas,
                Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
15599364      +E-mail/Text: bankrup@nicor.com                             Nicor Gas,    P.O. Box 549,
                Aurora, IL 60507-0549
                                                                                               TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15599341*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mflowers           Page 2 of 2              Date Rcvd: Dec 23, 2010
Case: 10-22881                Form ID: pdf006          Total Noticed: 47

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2010**              **Signature:**    /s/ Joseph Speetjens