**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: BINGHAM, PHILLIP E  § Case No. 10-22881
BINGHAM, SANDRA D § 
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $341,936.00 *(without deducting any secured claims)* | Assets Exempt: $60,436.00 |
| Total Distribution to Claimants: $3,375.22 | Claims Discharged Without Payment: $33,497.15 |
| Total Expenses of Administration: $1,125.05 | |

    3) Total gross receipts of $ 4,500.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,500.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $285,035.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,125.05 | 1,125.05 | 1,125.05 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,225.00 | 30,751.37 | 30,751.37 | 3,375.22 |
| **TOTAL DISBURSEMENTS** | $323,260.00 | $31,876.42 | $31,876.42 | $4,500.27 |

4) This case was originally filed under Chapter 7 on May 19, 2010. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2011          By: /s/MICHAEL G. BERLAND
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1993 Harley Davidson-scheduled | 1129-000 | 4,500.00 |
| Interest Income | 1270-000 | 0.27 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance | 4110-000 | 274,755.00 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Bank | 4110-000 | 3,280.00 | N/A | N/A | 0.00 |
| NOTFILED | Will County Clerk | 4110-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Fncl Svcs F | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$285,035.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,125.05 | 1,125.05 | 1,125.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,125.05 | 1,125.05 | 1,125.05 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7100-000 | 260.00 | 306.09 | 306.09 | 33.61 |
| 2 | TARGET NATIONAL BANK | 7100-000 | N/A | 132.13 | 132.13 | 14.50 |
| 3 | American Infosource for World Fin' Network | 7100-000 | 0.00 | 88.80 | 88.80 | 9.75 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 23,465.00 | 3,392.16 | 3,392.16 | 372.32 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 12,827.80 | 12,827.80 | 1,407.95 |
| 6 | Chase Bank USA,N.A | 7100-000 | N/A | 118.18 | 118.18 | 12.97 |
| 7 | Fia Card Services/Bank of America by American | 7100-000 | N/A | 5,507.03 | 5,507.03 | 604.44 |
| 8 | Fia Card Services /Bank of Americaby American | 7100-000 | 8,379.00 | 8,379.18 | 8,379.18 | 919.68 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lowes / MBGA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/chase | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | Marquette National Ban | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 348.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/new York & Compa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb-visa | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 5,507.00 | N/A | N/A | 0.00 |
| NOTFILED | Ballys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 38,225.00 | 30,751.37 | 30,751.37 | 3,375.22 |

Case 10-22881    Doc 33    Filed 11/15/11    Entered 11/15/11 08:16:12    Desc Main
Document      Page 6 of 9

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-22881
**Case Name:** BINGHAM, PHILLIP E
BINGHAM, SANDRA D
**Period Ending:** 11/07/11

**Trustee:** (520196) MICHAEL G. BERLAND
**Filed (f) or Converted (c):** 05/19/10 (f)
**§341(a) Meeting Date:** 07/12/10
**Claims Bar Date:** 10/13/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 1993 Harley Davidson-scheduled | 0.00 | 4,500.00 | | 4,500.00 | FA |
| 2 | 1675 Monarch-scheduled | 310,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash-scheduled | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Harris-scheduled | 661.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Harris-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | checking Harris-scheduled | 55.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods-schedueld | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books,cd's,pctures-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Jewelry-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401k-scheduled | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Retirement-wife-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | 1 share Celluterch Mobile-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1970 Chevrolet-scheduled | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2005 Chrysler Town & Country-scheduled | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1995 Chevy Tahoe-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.27 | Unknown |
| 17 | Assets    Totals (Excluding unknown values) | **$341,936.00** | **$4,500.00** | | **$4,500.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee filed a Motion to compromise his interest in a vehicle, which was granted. The Trustee has filed his final report. with the bankruptcy court and made the distribution to creditors.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014        **Current Projected Date Of Final Report (TFR):**    December 31, 2014

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-22881 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | BINGHAM, PHILLIP E | | Bank Name: | The Bank of New York Mellon |
| | BINGHAM, SANDRA D | | Account: | 9200-******14-65 - Money Market Account |
| Taxpayer ID #: | **-***8723 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/07/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/16/10 | {1} | Regions | Payment for interest in Harley per court order | 1129-000 | 4,500.00 | | 4,500.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 4,500.12 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.15 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.18 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.21 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.24 |
| 01/31/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 4,500.27 |
| 01/31/11 | | To Account #9200******1466 | Transfer for purpose of final distribution to creditors | 9999-000 | | 4,500.27 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,500.27 | 4,500.27 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,500.27 | |
| | | | Subtotal | | 4,500.27 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,500.27 | $0.00 | |

{} Asset reference(s)   Printed: 11/07/2011 02:23 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-22881  
**Case Name:** BINGHAM, PHILLIP E  
BINGHAM, SANDRA D  
**Taxpayer ID #:** **-***8723  
**Period Ending:** 11/07/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******14-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/11 | | From Account #9200******1465 | Transfer for purpose of final distribution to creditors | 9999-000 | 4,500.27 | | 4,500.27 |
| 02/01/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,125.05, Trustee Compensation; Reference: | 2100-000 | | 1,125.05 | 3,375.22 |
| 02/01/11 | 102 | TARGET NATIONAL BANK | Dividend paid 10.97% on $306.09; Claim# 1; Filed: $306.09; Reference: | 7100-000 | | 33.61 | 3,341.61 |
| 02/01/11 | 103 | TARGET NATIONAL BANK | Dividend paid 10.97% on $132.13; Claim# 2; Filed: $132.13; Reference: | 7100-000 | | 14.50 | 3,327.11 |
| 02/01/11 | 104 | American Infosource for World Fin' Network Bank/Victoria Sec | Dividend paid 10.97% on $88.80; Claim# 3; Filed: $88.80; Reference: | 7100-000 | | 9.75 | 3,317.36 |
| 02/01/11 | 105 | Chase Bank USA, N.A. | Dividend paid 10.97% on $3,392.16; Claim# 4; Filed: $3,392.16; Reference: | 7100-000 | | 372.32 | 2,945.04 |
| 02/01/11 | 106 | Chase Bank USA, N.A. | Dividend paid 10.97% on $12,827.80; Claim# 5; Filed: $12,827.80; Reference: | 7100-000 | | 1,407.95 | 1,537.09 |
| 02/01/11 | 107 | Chase Bank USA,N.A | Dividend paid 10.97% on $118.18; Claim# 6; Filed: $118.18; Reference: | 7100-000 | | 12.97 | 1,524.12 |
| 02/01/11 | 108 | Fia Card Services/Bank of America by American Infosoure Agen | Dividend paid 10.97% on $5,507.03; Claim# 7; Filed: $5,507.03; Reference: | 7100-000 | | 604.44 | 919.68 |
| 02/01/11 | 109 | Fia Card Services /Bank of Americaby American Infosource Age | Dividend paid 10.97% on $8,379.18; Claim# 8; Filed: $8,379.18; Reference: | 7100-000 | | 919.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,500.27 | 4,500.27 | $0.00 |
| | | | Less: Bank Transfers | | 4,500.27 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,500.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,500.27** | |

{} Asset reference(s)

Printed: 11/07/2011 02:23 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-22881 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| **Case Name:** | BINGHAM, PHILLIP E | | **Bank Name:** | The Bank of New York Mellon |
| | BINGHAM, SANDRA D | | **Account:** | 9200-******14-67 - Money Market Account |
| **Taxpayer ID #:** | **-***8723 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/07/11 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :         4,500.27
_____
Net Estate :          $4,500.27

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******14-65** | 4,500.27 | 0.00 | 0.00 |
| **Checking # 9200-******14-66** | 0.00 | 4,500.27 | 0.00 |
| **MMA # 9200-******14-67** | 0.00 | 0.00 | 0.00 |
| | **$4,500.27** | **$4,500.27** | **$0.00** |

{} Asset reference(s)

Printed: 11/07/2011 02:23 PM    V.12.57